**DENY; and Opinion Filed September 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01206-CV

### IN RE JAMES LATIMER, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-51478-2009**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

Relator filed this petition for writ of mandamus contending that the trial court abused its discretion in denying his motion to enforce the visitation provisions in the final order in this suit affecting the parent child relationship. The facts are well-known to the parties so we do not recount them here. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown that the trial court has abused its discretion. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Ada Brown/
ADA BROWN
JUSTICE

141206F.P05